# United States Court of Appeals
# for the Fifth Circuit

_____

No. 24-10316

_____

United States Court of Appeals
Fifth Circuit

**FILED**
February 25, 2025

Lyle W. Cayce
Clerk

John Alexander Zapata Hincapie,

*Plaintiff—Appellant*,

*versus*

Texas Tech University; Sindee Lou Simon;
Albert Sacco, Jr.; Mark Sheridan; Brandon Weeks;
Gerardine Gabriela Botte; Chau-Chynn Chen;
Siva Vanapalli; Wei Li; Harvinder Singh Gill,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:23-CV-45

_____

Before Smith, Higginson, and Douglas, *Circuit Judges*.
Per Curiam:[*]

John Hincapie is a Colombian immigrant who graduated with a PhD in chemical engineering from Texas Tech University. After graduating, he sued the university and several professors and administrators alleging, *inter alia*, racial discrimination, retaliation, and harassment in violation of Title VI

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10316

of the Civil Rights Act of 1964 and the Equal Protection Clause of the Four-teenth Amendment. In the main, Hincapie contends that, as an Hispanic, he was treated less favorably than were Asians.

The district court dismissed for failure to state a claim. Hincapie appeals.

We have reviewed the briefs, the record, and the applicable law and have heard oral argument. Essentially for the reasons given by the district court, there is no reversible error. The judgment is AFFIRMED.